# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| ROBERT E. BUSH | : | Case No. 2:08-cv-0537 |
| | : | |
| Plaintiff, | : | |
| v. | : | JUDGE ALGENON L. MARBLEY |
| | : | Magistrate Judge Kemp |
| THE DIRECTOR OF MEIGS COUNTY OHIO, CSEA | : | |
| | : | |
| Defendant. | : | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the March 30, 2009 Opinion and Order, Defendant's Motion to Dismiss the Petition for Injunction is **GRANTED.** This case is **DISMISSED**.

Date: **March 30, 2009**          James Bonini, Clerk

                                                  s/Betty L. Clark
                                                  Betty L. Clark/Deputy Clerk